Case 4:21-cv-00949   Document 20   Filed on 11/05/21 in TXSD   Page 1 of 8

United States District Court
Southern District of Texas
**ENTERED**
November 05, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MARTIN J. WALSH, )
Secretary of Labor, )
United States Department of Labor, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 4:21-cv-00949
)
ALL SEASONS HOSPITALITY AND )
INVESTMENTS, LLC D/B/A HOLIDAY INN )
EXPRESS & SUITES and TANVIR M. )
SHAHMOHD, Individually, )
)
Defendant. )

## CONSENT JUDGMENT AND ORDER

The Plaintiff has filed his complaint and Defendants, without admitting they have violated any provision of the Occupational Safety and Health Act of 1970, have agreed to the entry of judgment without opposition. The Secretary of Labor brought this action to enjoin Defendants from violating Section 11(c) of the Act and for all other appropriate relief including the payment of lost wages and all other relief found due to employees of Defendants by reason of Defendants' actions in alleged violation of the Act. It is, therefore, upon motion of the Plaintiff and for cause shown,

ORDERED, ADJUDGED and DECREED that Defendants All Seasons Hospitality and Investments, LLC d/b/a Holiday Inn Express & Suites and Tanvir M. Shahmohd and their agents and representatives and all persons in active concert or participation with them (collectively "Defendants"), be and they hereby are permanently enjoined and restrained from violating the provision of Section 11(c) of the Occupational Safety and Health Act of 1970, 29 U.S.C. § 651 *et seq.*, hereinafter referred to as the Act.

IT IS FURTHER ORDERED THAT:

1.  Within 10 days after entry of this Consent Judgment, Defendants shall pay the

complainant, Crystal Killian, the sum of $7,500.00 ($3,750.00 in back wages and $3,750.00 in compensatory damages), less applicable withholdings, by means of a check or check(s) made payable to Crystal Killian in settlement of this action. In consideration of Defendants' payment to Crystal Killian, the parties agree that all matters arising out of the claims in the Complaint are compromised and settled.

2. Defendants shall not provide any information to a prospective employer of Crystal Killian about Mrs. Killian other than her dates of employment, job title, and salary. Defendants agree that nothing will be said or conveyed to any third party that could be reasonably construed as damaging the name, character, or employment of Complainant.

3. Defendants shall distribute OSHA Fact Sheet: Your Rights as a Whistleblower (in each employee's native language) attached as Exhibit A, to all current employees and to all new employees hired within two (2) years following entry of this Consent Judgment by the Court.

4. Defendants shall comply with the provisions of the Act and they shall not, contrary to Section 11(c)(1) of the Act, "discharge or in any manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this Act or has testified or is about to testify in any such proceeding or because of the exercise by such employee on behalf of himself or others of any right afforded by this Act." 29 U.S.C. § 660(c)(1).

5. Crystal Killian waives reinstatement to her former employment position with Defendants.

It is further ORDERED that each party bear their own attorneys' fees, costs and other expenses incurred by such party in connection with any stage of this proceeding, including, but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

SIGNED this __5th__ day of __November__, 2021.

*George C. Hanks Jr*
THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

Defendants waive their
defenses to Plaintiff's
Complaint and consent to
the entry of this judgment:

Plaintiff moves for entry
of this judgment:

ALL SEASONS HOSPITALITY
AND INVVESTMENTS, LLC
D/B/A HOLIDAY INN EXPRESS & SUITES
AND TANVIR M. SHAHMOHD

SEEMA NANDA
Solicitor of Labor

JOHN RAINWATER
Regional Solicitor

MARY KATHRYN COBB
Counsel for Civil Rights

By: _____
JEREMY D. SAENZ
Attorney
Attorneys for Defendants.

By: _____
MATTHEW P. SALLUSTI
Senior Trial Attorney
Attorneys for Complainant.

THE SAENZ LAW FIRM, PLLC

2261 Northpark Drive #1019
Kingwood, Texas 77339
Telephone: (832) 797-1859
Facsimile: (713)360 – 1983
Email: jds@thesaenzlawfirm.com

UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
525 S. Griffin Street, Suite 501
Dallas, Texas  75202
Telephone:   (972) 850-3100
Facsimile:   (972) 850-3101
Email:  sallusti.matthew@dol.gov
        docket.dallas@dol.gov

By: _____
CRYSTAL KILLIAN
Complainant
31409 Bruner Road
Waller, Texas 77484
Telephone: (713) 376-4401

RSOL No. 0620-20-00340

**OSHA FactSheet**

# OSHA's Whistleblower Protection Program

OSHA's Whistleblower Protection Program enforces the provisions of more than 20 federal laws protecting employees from retaliation for, among other things, raising or reporting concerns about hazards or violations of various workplace safety and health, aviation safety, commercial motor carrier, consumer product, environmental, financial reform, food safety, health insurance reform, motor vehicle safety, nuclear, pipeline, public transportation agency, railroad, maritime, and securities laws. Employees who believe that they have experienced retaliation in violation of one of these laws may file a complaint with OSHA.

## Whistleblower Laws Enforced by OSHA

Following is a list of statutes over which OSHA has jurisdiction. Each statute has a different time frame in which a complaint can be filed.

- Asbestos Hazard Emergency Response Act (90 days)
- Clean Air Act (30 days)
- Comprehensive Environmental Response, Compensation and Liability Act (30 days)
- Consumer Financial Protection Act of 2010 (180 days)
- Consumer Product Safety Improvement Act (180 days)
- Energy Reorganization Act (180 days)
- Federal Railroad Safety Act (180 days)
- Federal Water Pollution Control Act (30 days)
- International Safe Container Act (60 days)
- Moving Ahead for Progress in the 21st Century Act (motor vehicle safety) (180 days)
- National Transit Systems Security Act (180 days)
- Occupational Safety and Health Act (OSH Act) (30 days)
- Pipeline Safety Improvement Act (180 days)
- Safe Drinking Water Act (30 days)
- Sarbanes-Oxley Act (180 days)
- Seaman's Protection Act (180 days)
- Section 402 of the FDA Food Safety Modernization Act (180 days)
- Section 1558 of the Affordable Care Act (180 days)
- Solid Waste Disposal Act (30 days)
- Surface Transportation Assistance Act (180 days)
- Toxic Substances Control Act (30 days)
- Wendell H. Ford Aviation Investment and Reform Act for the 21st Century (90 days)

## What Is Retaliation?

Retaliation is an adverse action against an employee because of activity protected by one of these whistleblower laws. Retaliation can include several types of actions, such as:

- Firing or laying off
- Blacklisting
- Demoting
- Denying overtime or promotion
- Disciplining
- Denying benefits
- Failing to hire or rehire
- Intimidation
- Reassignment affecting promotion prospects
- Reducing pay or hours
- Making threats

## Filing a Complaint

Employees who believe that their employers retaliated against them because they engaged in protected activity should contact OSHA as soon as possible because they must file any complaint within the legal time limits.

An employee can file a complaint with OSHA by visiting or calling his or her local OSHA office, sending a written complaint to the closest OSHA office, or filing a complaint online. No particular form is required and complaints may be submitted in any language.

Written complaints may be filed by fax, electronic communication, hand delivery during business hours, U.S. mail (confirmation services recommended), or other third-party commercial carrier.

The date of the postmark, fax, electronic communication, telephone call, hand delivery, delivery to a third-party commercial carrier, or in-person filing at an OSHA office is considered the date filed.

To file a complaint electronically, please visit: www.osha.gov/whistleblower/WBComplaint.html.

To contact an OSHA area office, employees should call 1-800-321-OSHA (6742) to be connected to the closest area office or visit www.osha.gov/html/RAmap.html to find local OSHA office address and contact information.

When OSHA receives a complaint, OSHA will first review it to determine whether certain basic requirements are met, such as whether the complaint was filed on time. If so, the complaint will be investigated in order to determine whether the employer retaliated against the employee for engaging in activity protected under one of OSHA's whistleblower laws. OSHA may also attempt to assist the employer and employee in reaching a settlement of the case.

Private-sector employees throughout the United States and its territories and employees of the United States Postal Service (USPS) who suffer retaliation because of occupational safety or health activity are covered by section 11(c) of the OSH Act. In addition, private-sector employees are also covered by laws in States which operate their own comprehensive occupational safety and health programs approved by Federal OSHA ("State Plans"). For information on the whistleblower provisions of the 22 State Plan States which cover private-sector employees, visit www.osha.gov/dcsp/osp.

With the exception of employees of the USPS, public-sector employees (those employed as municipal, county, state, territorial, or federal workers) are not covered by the OSH Act. State and local government employees are covered by the whistleblower provisions of all the States with State Plans, including six States which cover only State and local government employees.

A federal employee who is not a USPS employee who wishes to file a complaint alleging retaliation due to disclosure of a substantial and specific danger to public health or safety or involving a violation of an occupational safety or health standard or regulation should contact the Office of Special Counsel (www.osc.gov). Such federal employees are also covered by their own agency's procedures for remedying such retaliation.

Public-sector employees who are unsure whether they are covered under a whistleblower law should call 1-800-321-OSHA (6742) for assistance, or visit www.whistleblowers.gov.

### Results of the Investigation

If OSHA determines that retaliation in violation of the OSH Act, *Asbestos Hazard Emergency Response Act*, or the *International Safe Container Act* has occurred, the Secretary of Labor may sue in federal district court to obtain relief. If OSHA determines that no retaliation has occurred, it will dismiss the complaint.

Under the remaining whistleblower laws, if the evidence supports an employee's complaint of retaliation, OSHA will issue an order requiring the employer, as appropriate, to put the employee back to work, pay lost wages, and provide other possible relief. If the evidence does not support the employee's complaint, OSHA will dismiss the complaint. After OSHA issues a decision, the employer and/or the employee may request a full hearing before an administrative law judge of the Department of Labor. The administrative law judge's decision may be appealed to the Department's Administrative Review Board.

Under some of the laws, an employee may file the retaliation complaint in federal district court if the Department has not issued a final decision within a specified number of days (180, 210 or 365 depending on the law).

### To Get Further Information

To obtain more information on whistleblower laws, go to www.whistleblowers.gov.

**This is one in a series of informational fact sheets highlighting OSHA programs, policies or standards. It does not impose any new compliance requirements. For a comprehensive list of compliance requirements of OSHA standards or regulations, refer to Title 29 of the Code of Federal Regulations. This information will be made available to sensory-impaired individuals upon request. The voice phone is (202) 693-1999; teletypewriter (TTY) number: (877) 889-5627.**


U.S. Department of Labor


Occupational Safety and Health Administration

DWPP FS-3638 04/2018

# Hoja de Datos OSHA®

## El Programa de Protección a los Denunciantes de OSHA

El Programa de Protección a los Denunciantes de OSHA hace cumplir las disposiciones de más de 20 leyes federales que protegen a los empleados contra la represalia por, entre otras cosas, plantear o informar preocupaciones sobre peligros o violaciones de seguridad y salud en el lugar de trabajo, seguridad de aviación, transportista comercial, producto de consumo, medio ambiente, reforma financiera, seguridad alimentaria, reforma del seguro de salud, seguridad de vehículos de motor, nuclear, tubería, agencia de transporte público, ferroviaria, marítima y leyes de valores. Los empleados que creen que han sufrido represalias en violación de una de estas leyes pueden presentar una queja ante OSHA.

### Leyes de protección a los denunciantes aplicadas por la OSHA

A continuación, se encuentra una lista de estatutos sobre los cuales OSHA tiene jurisdicción. Cada estatuto tiene un tiempo límite diferente en el que se puede presentar una queja.

- *Ley de Respuesta a Emergencias por Riesgos de Asbesto* (90 días)
- *Ley de Aire Limpio* (30 días)
- *Ley de Responsabilidad, Compensación y Recuperación Ambiental* (30 días)
- *Ley de Protección Financiera de los Consumidores de 2010* (180 días)
- *Ley de Mejoras en la Seguridad de los Productos de Consumo* (180 días)
- *Ley de Reorganización de la Energía* (180 días)
- *Ley Federal de Seguridad Ferroviaria* (180 días)
- *Ley Federal de Control de la Contaminación del Agua* (30 días)
- *Ley sobre Seguridad de los Contenedores Internacionales* (60 días)
- *Ley Avanzando para el Progreso en el Siglo 21 (seguridad de vehículos automotores)* (180 días)
- *Ley de Seguridad de los Sistemas Nacionales de Tránsito* (180 días)
- *Ley de Seguridad y Salud Ocupacional* (30 días)
- *Ley de Mejora de la Seguridad de los Oleoductos* (180 días)
- *Ley de Agua Potable Segura* (30 días)
- *Ley Sarbanes-Oxley* (180 días)
- *Ley de Protección de los Marineros* (180 días)
- *Ley de Modernización de la Inocuidad de los Alimentos de la Administración de Alimentos y Medicamentos* (FDA, por sus siglas en inglés) (180 días)
- *Ley del Cuidado de Salud Asequible* (180 días)
- *Ley de Eliminación de Desperdicios Sólidos* (30 días)
- *Ley de Asistencia al Transporte de Superficie* (180 días)
- *Ley de Control de Sustancias Tóxicas* (30 días)
- *Ley Wendell H. Ford sobre la Inversión y Reforma de la Aviación para el Siglo 21* (90 días)

### ¿Qué es la represalia?

La represalia es una acción adversa contra un empleado debido a la actividad protegida por una de estas leyes de denunciantes. La represalia puede incluir varios tipos de acciones, tales como:

- Despido o cese del empleado
- Inclusión en una lista negra
- Degradación
- Denegación del pago de sobretiempo o de promoción
- Medidas disciplinarias
- Denegación de beneficios
- Denegación de contratación o recontratación
- Intimidación
- Reasignación afectando la posibilidad de promoción
- Reducción del sueldo o de horas de trabajo
- Amenazas

### Como presentar una queja

Los empleados que crean que sus empleadores tomaron represalias en su contra porque participaron en actividades protegidas deben comunicarse con OSHA lo más pronto posible porque tienen que presentar una queja dentro de los tiempos límites legales.

Un empleado puede presentar una queja con OSHA visitando o llamando a la oficina local de OSHA, o enviando una queja por escrito a la oficina de OSHA más cercana, o presentando una queja electrónicamente vía el internet. No se requiere ninguna forma en particular y quejas pueden ser presentadas en cualquier idioma.

Las quejas escritas pueden ser presentadas por medio de fax, comunicación electrónica, entrega personal durante horas de oficina, por correo normal de los Estados Unidos (se recomienda usar el servicio de confirmación), u otro servicio de entrega comercial.

La fecha del sello, fax, comunicación electrónica, llamada telefónica, entrega personal, entrega por parte de otro servicio de entrega comercial, o la presentación de la queja en persona en una oficina de OSHA se considera la fecha de la presentación de la queja.

Para presentar una queja electrónicamente, por favor visite: www.osha.gov/whistleblower/WBComplaint.html.

Para ponerse en contacto con una oficina local de OSHA, por favor llame al 1-800-321-OSHA (6742) y lo referirán a la oficina local más cercana a usted. O visite nuestro sitio web www.osha.gov/html/RAmap.html y haga clic en su estado para encontrar su oficina local de OSHA e información de contacto.

Cuando OSHA recibe una queja, la agencia primeramente la revisará para determinar si ciertos requisitos básicos se han cumplido, como por ejemplo si la queja fue presentada a tiempo. En caso afirmativo, la queja será investigada para determinar si el empleador tomó represalias contra el empleado por participar en actividades protegidas bajo una de las leyes de denunciantes de la OSHA. OSHA también puede tratar de ayudar al empleador y empleado en llegar a un acuerdo del caso.

Los empleados del sector privado en los Estados Unidos y sus territorios y los empleados del Servicio Postal de los Estados Unidos (USPS) que sufren represalias debido a actividades de seguridad o salud en el trabajo están cubiertos por la sección 11 (c) de la Ley OSH. Además, los empleados del sector privado también están cubiertos por las leyes de los Estados que aplican sus propios programas amplios de seguridad y salud en el trabajo aprobados por la OSHA Federal ("Planes Estatales"). Para obtener información sobre las provisiones para los denunciantes en los 22 programas estatales que cubren a los empleados del sector privado, visite www.osha.gov/dcsp/osp.

Con excepción de los empleados de USPS, los empleados del sector público (aquellos empleados como trabajadores municipales, de un condado, estatales, territoriales, o federales) no están cubiertos por la Ley de Seguridad y Salud Ocupacional (OSH). Los empleados del gobierno estatal y local están cubiertos por las disposiciones para denunciantes de todos los Estados con Planes Estatales, incluyendo seis Estados que cubren solamente a empleados estatales y locales del gobierno.

Un empleado federal que no sea un empleado de USPS que desee presentar una queja alegando represalias debido a la divulgación de un peligro sustancial y específico a la salud o seguridad pública o que implique una violación de una norma o regulación de seguridad o salud laboral debe comunicarse con la Oficina del Consejero Especial (www.osc.gov). Tales empleados federales también están cubiertos por los procedimientos de su propia agencia para remediar tal represalia.

Los empleados del sector público que no están seguros si están cubiertos por una ley de denunciantes deben llamar al 1-800-321-OSHA (6742) para obtener asistencia, o visite www.whistleblowers.gov.

### Resultados de la Investigación

Si OSHA determina que se ha producido represalias en violación de la Ley OSH, la Ley de Respuesta a Emergencias por Riesgos de Asbesto o Ley sobre Seguridad de los Contenedores Internacionales, el Secretario de Trabajo puede demandar en el tribunal federal de distrito para obtener alivio. Si OSHA determina que no ocurrieron represalias, descartará la queja.

Bajo las restantes leyes de los denunciantes, si la evidencia apoya la queja de represalia de un empleado, OSHA emitirá una orden exigiendo que el empleador, según sea apropiado, vuelva a poner al empleado a trabajar, pague salarios perdidos y proporcione otro alivio posible. Si la evidencia no apoya la queja del empleado, OSHA descartará la queja. Después de que OSHA emita una decisión, el empleador y / o el empleado pueden solicitar una audiencia completa ante un juez de derecho administrativo del Departamento de Trabajo. La decisión del juez de derecho administrativo puede apelarse ante la Junta de Revisión Administrativa del Departamento.

Bajo algunas de las leyes, un empleado puede presentar la queja de represalia en el tribunal federal de distrito si el Departamento no ha emitido una decisión final dentro de un número especificado de días (180, 210 o 365 dependiendo de la ley).

### Para obtener más información

Para obtener más información sobre las leyes de protección a los denunciantes, visite al www.whistleblowers.gov.

**Ésta es parte de una serie de boletines informativos que indican los programas, las políticas y las normas de la OSHA. Esto no impone ningún nuevo requisito de cumplimiento. Para una lista completa de los requisitos de cumplimiento de las normas o reglamentos de la OSHA, consulte el Título 29 del Código de Regulaciones Federales. Ésta información se pondrá a disposición de las personas con discapacidad sensorial, a pedido. El teléfono de voz es: (202) 693-1999; el teléfono de texto (TTY) es: (877) 889-5627.**





Departamento de
Trabajo de los EE. UU.